# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

INFO-HOLD, INC.,
    Plaintiff

vs

MUZAK HOLDINGS LLC AND
MUZAK LLC, et al.,
    Defendants

Case No. 1:11-cv-283
Black, J.
Litkovitz, M.J.

**ORDER**

This matter is before the Court following an informal telephone discovery conference held on November 21, 2012. By agreement of the parties, the depositions scheduled for Monday, November 26, 2012, are postponed until a future date that is mutually agreeable to the parties.

**IT IS SO ORDERED.**

Date: 11/21/12

Karen L. Litkovitz
United States Magistrate Judge