UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

INFO-HOLD, INC.,                      Case No. 1:11-CV-283

     Plaintiff,                           **Judge Timothy S. Black**
                                                        **Magistrate Judge Karen L. Litkovitz**

-vs-

MUZAK LLC,

     Defendant.

_____

**JUDGMENT IN A CIVIL CASE**
_____

[ ]     **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[X]     **Decision by Court:**

      **IT IS ORDERED AND ADJUDGED** that the Plaintiff's Motion for Reconsideration of Order Granting Defendant's Motion to Strike the Expert Reports of Robert L. White and to Preclude Mr. White's Testimony and Granting Defendant's Motion to Partial Summary Judgment That Plaintiff Info-Hold is Not Entitled to Reason Royalty Damages (Doc. 205) is **DENIED**; the Defendant's declaratory judgment counterclaim is **DISMISSED** without prejudice; Final Judgment is **ENTERED** against the Plaintiff; and the case is **CLOSED** from the docket of the Court.

Date: November 13, 2013                             **JOHN P. HEHMAN, CLERK**

                                                         By: *s/ M. Rogers*
                                                         Deputy Clerk