UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| INFO-HOLD, INC., | : | Case No. 1:11-cv-283 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | |
| MUZAK LLC, | : | |
| Defendant. | : | |

## ORDER REGARDING ORAL ARGUMENT

This civil action is set for oral argument on February 4, 2016 at 10:00 a.m.

The Court will hear oral argument on the pending motions in the following order:[1]

(1) Defendant's motions to strike (Docs. 174, 188) (10 minutes/side);

(2) Plaintiff's motion for summary judgment of infringement (Doc. 163) (15 minutes/side);

(3) Defendant's motion for summary judgment of non-infringement (Doc. 161) (15 minutes/side); and

(4) Defendant's motion for summary judgment of invalidity (Doc. 165) (20 minutes/side).

For each motion, the movant will present first, followed by the non-movant. The movant may reserve some of its time for a brief rebuttal.

**IT IS SO ORDERED.**

Date: 1/27/16

*s/ Timothy S. Black*
Timothy S. Black
United States District Judge

---

[1] The amount of time each party will be given for each motion is listed in parentheses.