IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| INFO-HOLD, INC., <br><br> Plaintiff, <br><br> v. <br><br> MUZAK LLC, <br><br> Defendant. | CIVIL ACTION NO. 1:11-cv-283-TSB |

**ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41, and as a result of an agreement reached between plaintiff Info-Hold, Inc. ("Info-Hold") and defendants Muzak LLC and Muzak Holdings LLC ("Muzak"), IT IS HEREBY ORDERED:

1. This Court has personal jurisdiction over Info-Hold and Muzak, and over the subject matter of this action.

2. Each claim made and that could have been made by Info-Hold against Muzak, in this action is hereby dismissed with prejudice on the basis of the settlement reached, pursuant to Fed. R. Civ. P. 41. Each counterclaim made and that could have been made by Muzak against Info-Hold in this action is hereby dismissed with prejudice on the basis of the settlement reached.

3. Each party shall bear its own costs and attorney's fees.

Date: 2/6/18

Timothy S. Black
United States District Judge

1